OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

4/24/2015

$ 00.26⁵
02 1M
0004279596      APR 30  2015
MAILED FROM WR-25,474-11

CARR, VICTOR                    Tr. Ct. No: 914708-G

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

RETURN TO SENDER     VICTOR CARR
WEST TEXAS ISF #1853529
☐ NEED TDCJ #  2002 LAMESA HWY
BROWNFIELD, TX  79316
☑ INMATE NO LONGER HERE
☐ ILLEGIBLE WRITING

ANK

N3B  79316